IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN LEE LARUE,<br><br>Defendant. | CR 19–147–BLG–DLC<br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on May 25, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Jordan Lee Larue's guilty plea

1

after Larue appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3) (Count II), as charged in the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 27), and I adopt them in full.

Accordingly, IT IS ORDERED that Jordan Lee Larue's motion to change plea (Doc. 20) is GRANTED and Jordan Lee Larue is adjudged guilty as charged in Count II of the Indictment.

DATED this 11th day of June, 2020.

Dana L. Christensen, District Judge
United States District Court