IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN LEE LARUE,<br><br>Defendant. | CR 19–147–BLG–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Jordan Lee Larue's Opposed Motion to Extend Deadline for Self-Surrender. (Doc. 37.) Given the time-sensitive nature of Larue's request,

IT IS ORDERED that the Government must respond to Larue's motion by Tuesday, December 8, 2020.

DATED this 30th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court